# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

Case No.  SACV 12-661 CJC (AJW)                          Date: January 29, 2013

Title: <u>Lan Thi Tran Nguyen v. Six Unknown Agents, et al.</u>
=========================================================
PRESENT:            HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE

<u>     Ysela Benavides     </u>          <u>                         </u>
Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
     None Present                                 None Present

**Order to Show Cause Regarding Failure to Serve Summons and Complaint**

Plaintiff, a federal prisoner, paid the filing fee and filed a civil rights complaint pro se on April 27, 2012.  Plaintiff's request to proceed in forma pauperis was denied on June 25, 2012, and her appeal of that order was dismissed by the Ninth Circuit Court of Appeals. [Orders filed Jan. 23, 2013 and Nov. 14, 2012].

"The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1). If a defendant is not served within 120 days after the complaint is filed, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Fed. R. Civ. P. 4(m).

More than 120 days have elapsed since the complaint was originally filed. Plaintiff's complaint does not identify any defendant by name.  Plaintiff has not amended her complaint to substitute in any named defendant, nor has she filed a proof of service with respect to any defendant. Accordingly, plaintiff shall have to and including in **February 13, 2013** which to file a declaration under penalty of perjury, with supporting exhibits if needed, establishing good cause for her failure to effect timely service of process in accordance with Rule 4.

**Plaintiff is cautioned that failure to respond to this order within the time allowed, or failure to show good cause as described in this order, may lead to the dismissal of this action.**

IT IS SO ORDERED.
cc:     Parties

MINUTES FORM 11                                                    Initials of Deputy Clerk_____
CIVIL-GEN