# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LAN THI TRAN NGUYEN,            ) | Case No. SACV 12-00661 CJC (AJW) |
|        Plaintiff,      ) | |
|                       ) | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| v.                              ) | |
| SIX UNKNOWN AGENTS, et al.,     ) | |
|        Defendants.    ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"), the objections to the Report, and the Final Report and Recommendation. Good cause appearing, the Court accepts the findings and recommendations contained in the Report and Final Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: April 2, 2013

_____
CORMAC J. CARNEY
United States District Judge