JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LAN THI TRAN NGUYEN, <br><br> Plaintiff, <br><br> v. <br><br> SIX UNKNOWN AGENTS, et al., <br><br> Defendants. | Case No. SACV 12-661 CJC (AJW) <br><br> J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

April 2, 2013

_____
CORMAC J. CARNEY
United States District Judge